```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08688
    ELLEN DALE BAXTER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-5377
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/11/07 .

   2.  The case was dismissed without confirmation, 11/02/2007.

   3.  The Debtor paid a total of $    873.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MTGE | CURRENT MORTG | NOT FILED | .00 | .00 |
| OPTION ONE MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED | 694.37 | .00 | 694.37 |
| LASALLE COUNTY COLLECTOR | SECURED | 16.65 | .00 | 16.65 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| BARDSTOWN FINANCIAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| BELL SOUTH | UNSECURED | NOT FILED | .00 | .00 |
| BLUEGRASS CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT CLEARING HOUSE OF | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DR PODE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GLA COLLECTION COMPANY | UNSECURED | NOT FILED | .00 | .00 |
| HARDIN MEMORIAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HELMIG KENNELS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | NOT FILED | .00 | .00 |
| KENTUCKY HOME BANK | UNSECURED | NOT FILED | .00 | .00 |
| LKC | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| OPTION ONE MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| PHYLLIS MATTINGLY | UNSECURED | NOT FILED | .00 | .00 |
| TOWN & COUNTRY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| WOLF & YUN MDS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |

```
        Summary of disbursements:
-------------------------------------------------------------------------------
                        SECURED     PRIORITY   UNSECURED        OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       711.02          .00         .00          .00      711.02
PRINCIPAL PAID           711.02          .00         .00          .00      711.02
INTEREST PAID               .00          .00         .00          .00         .00
TOTAL PAID               711.02          .00         .00          .00      711.02
```

The Debtor's attorney, LARS ERIC OSTLING ESQ          , was allowed $       .00
and was paid $       .00 .

The Trustee received $      18.98 .

Refunds to the Debtor totaled $    143.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/10/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE